UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                     Plaintiff,

-against-

WALDERMAR MORALES-DIAZ,

                     Defendant.
------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 24 (NSR)

TO:  Nelson S. Román, United States District Judge:

      Please find attached a transcript of the June 5, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: July 25, 2023
       White Plains, New York

                                                Respectfully Submitted,

                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge