**MEMO ENDORSED**

# STEPHENS, BARONI, REILLY & LEWIS, LLP
ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

ROLAND A. BARONI, JR.  rbaroni@sbrllaw.com
STEPHEN R. LEWIS  slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY  greilly@sbrllaw.com

FAX (914) 761-0995
www.sbrllaw.com

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

August 23, 2023

Via ECF and
Email – romannysdchambers@nysd.uscourts.gov
Honorable Nelson S. Román
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Waldermar Morales-Diaz*
23-Cr-24 (NSR)

Dear Judge Román:

I am CJA counsel assigned to represent Mr. Morales-Diaz. He was arrested and arraigned on January 19, 2023. He entered a plea of guilty before Judge McCarthy on June 5, 2023 and the case was scheduled for sentencing on September 12, 2023 at 12:00 noon. Mr. Morales-Diaz is currently free on bail conditions.

Because of several personal issues and my need to collect more documentation for my sentencing submission, I am requesting an adjournment of the sentencing date. I have spoken to AUSA Klein and he has no objection to my requesting an adjournment.

Accordingly, I ask the Court to grant my application for an adjournment of Mr. Morales-Diaz's sentencing for approximately sixty (60) days.

Thank you for your consideration of this request.

Very truly yours,

Stephen R. Lewis

SRL:dc
cc: AUSA Benjamin Klein (via ECF)

---

**Deft's request to adjourn the in-person Sentencing from Sept. 12, 2023 until Nov. 7, 2023 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 30.**
**Dated: White Plains, NY**
     **Aug. 30, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2023